**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Clint W. Zupich | Social Security number or ITIN  xxx–xx–1637 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Diane R. Zupich | Social Security number or ITIN  xxx–xx–2521 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:  22–20689–GLT

## Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Clint W. Zupich                Diane R. Zupich

8/17/22                **By the court:** Gregory L. Taddonio
                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                               Case No. 22-20689-GLT

Clint W. Zupich                                                               Chapter 7

Diane R. Zupich

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                      User: admin                                        Page 1 of 3

Date Rcvd: Aug 17, 2022                           Form ID: 318                                  Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clint W. Zupich, Diane R. Zupich, 1003 Chestnut Street, Hiller, PA 15444-9751 |
| 15472256 | | Directv, c/o IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15472259 | + | Dish Network, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| 15472260 | | Fayette Physicians Network, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 15472261 | #+ | Foundation Radiology Group, 401 Liberty Ave, Pittsburgh, PA 15222-1029 |
| 15472264 | | MedExpress Urgent Care PA, PO Box 7964, Belfast, ME 04915-7900 |
| 15472275 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 18 2022 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Aug 18 2022 04:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2022 00:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15472244 | Email/Text: ebn@americollect.com | Aug 18 2022 00:06:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 15472240 | Email/Text: ebn@americollect.com | Aug 18 2022 00:06:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 15472248 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 18 2022 00:06:00 | Community Loan Servicing, PO Box 740410, Cincinnati, OH 45274-0410 |
| 15472252 | + EDI: CCUSA.COM | Aug 18 2022 04:03:00 | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15472249 | + EDI: CCUSA.COM | Aug 18 2022 04:03:00 | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-0121 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15472257 | | EDI: DIRECTV.COM | Aug 18 2022 04:03:00 | DirecTV, Bankruptcy Department, PO Box 6550, Englewood, CO 80155-6550 |
| 15472255 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 18 2022 00:06:00 | Directv, c/o EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 15472256 | | EDI: LCIICSYSTEM | Aug 18 2022 04:03:00 | Directv, c/o IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15472258 | + | Email/Text: bknotice@ercbpo.com | Aug 18 2022 00:06:00 | Dish Network, c/o Enhanced Recovery Comp, PO Box 57547, Jacksonville, FL 32241-7547 |
| 15472259 | + | EDI: DISH | Aug 18 2022 04:03:00 | Dish Network, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| 15472263 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 18 2022 00:06:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15472262 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 18 2022 00:06:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15472269 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 18 2022 00:06:00 | RMP LLC, 8085 Knue Road, Indianapolis, IN 46250-1921 |
| 15472265 | | Email/Text: bkdepartment@rtresolutions.com | Aug 18 2022 00:06:00 | Real Time Solutions, PO Box 36655, Dallas, TX 75235-1655 |
| 15472266 | + | Email/Text: bkdepartment@rtresolutions.com | Aug 18 2022 00:06:00 | Real Time Solutions, 1750 Regal Row, Suite 120, Dallas, TX 75235-2287 |
| 15472267 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 18 2022 00:06:00 | Receivables Managemnt Partners, 6955 Hillsdale Court, Indianapolis, IN 46250-2054 |
| 15472268 | ^ | MEBN | Aug 18 2022 00:01:39 | Receivables Managemnt Partners, Attn: Bankruptcy, Po Box 630844, Cincinnati, OH 45263-0844 |
| 15472273 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 18 2022 00:06:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15472271 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 18 2022 00:06:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15472277 | + | EDI: VERIZONCOMB.COM | Aug 18 2022 04:03:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15472276 | + | EDI: VERIZONCOMB.COM | Aug 18 2022 04:03:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| 15472245 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 15472246 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 15472247 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 15472241 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 15472242 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 15472243 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 15472253 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15472254 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |

| | | |
|---|---|---|
| 15472250 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-0121 |
| 15472251 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-0121 |
| 15472270 | *+ | RMP LLC, 8085 Knue Road, Indianapolis, IN 46250-1921 |
| 15472274 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15472272 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Clint W. Zupich julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Diane R. Zupich julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |

TOTAL: 6